# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANTHONY GLOVER, D/B/A ON
TIME BAIL BONDING, L.L.C.

VERSUS

ROCHE SURETY, INC.

NO.  2019 CW 0681

**AUG 0 5 2019**

---

In Re:    Anthony Glover, d/b/a On Time Bail Bonding, L.L.C.,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 675566.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**   Once a judgment with appropriate decretal
language is issued by the district court, such a ruling will
represent a final, appealable judgment, and relator will be
entitled to file a motion for an appeal therefrom in accordance
with applicable law.   A final and appealable judgment must be
precise, definite and certain, and must also contain decretal
language, name the party in favor of whom the ruling is ordered,
the party against whom the ruling is ordered, as well as the
relief which is expressly granted or denied.

                        **JMM**
                        **MRT**
                        **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT